IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE CARLOS OLIVEIRA, | ) | 8:13CV147 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| COUNTY ATTORNEY, and | ) | |
| UNITED STATES ATTORNEY | ) | |
| FOR THE DISTRICT OF | ) | |
| NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Voluntary Dismissal. (Filing No. 9.) Pursuant to Fed. R. Civ. P. 41, a plaintiff may dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, or by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1). In addition, a court may grant a request for voluntary dismissal "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

Plaintiff filed his Motion for Voluntary Dismissal on August 28, 2013. (Filing No. 9.) In his Motion, Plaintiff states that his "Complaint was filed in error, and for the reason that Plaintiff is in the custody of the State of Nebraska for murder." (*Id*. at CM/ECF p. 1.) Plaintiff is proceeding *pro se* in this matter and the Motion for Voluntary Dismissal was filed by and through Plaintiff's counsel in a separate proceeding. (*Id*. at CM/ECF p. 2.) Plaintiff has personally signed the Motion, but it is not notarized. (*Id*.)

In light these findings, and out of an abundance of caution, the court will provide Plaintiff until October 24, 2013, to object to dismissal. If an objection is not

filed, the court will grant his Motion for Voluntary Dismissal and this matter will be dismissed without prejudice.

IT IS THEREFORE ORDERED that:

1. Plaintiff shall have until October 24, 2013, to file an objection to the dismissal of this matter.

2. The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: October 24, 2013: Deadline for Plaintiff to file objection.

DATED this 9th day of October, 2013.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.